Nolan E. Shanahan, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas,
19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Fax

*Court-Appointed Receiver for*
*250 Lafayette Street, New York, NY*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHEN FOUNDATION, INC., | Case No. 26-10545-sab |
| Debtor. | **Re: Docket No. 14**<br>**Hearing Date: April 21, 2026 at 10:00 a.m. (ET)**<br>**Objection Deadline: April 14, 2026** |

**RESERVATION OF RIGHTS OF THE COURT APPOINTED**
**RECEIVER TO THE DEBTOR'S APPLICATION FOR AN ORDER**
**APPROVING STIPULATION REGARDING RECEIVER**

Nolan E. Shanahan, in my capacity as receiver for the property (the "Receiver") of the

Chen Foundation, Inc. (the "Debtor"), hereby submits this reservation of rights (this "Reservation

of Rights") in response to the *Notice of the Debtor's Application for an Order Approving*

*Stipulation Regarding Receiver* [Docket No. 14] (the "Stipulation"). In support of this Reservation

of Rights, I respectfully states as follows:

**RESERVATION OF RIGHTS**

1.      Through its application, the Debtor seeks approval from the Court approving the

Stipulation by and between the Debtor, LCP SoHo V LLC (the "Lender") as successor in interest

to Shanghai Commercial Bank Ltd., New York Branch ("SCB") and The Shanghai Commercial

& Savings Bank, Ltd. ("SCSB" and together with SCB, the "Original Lender"), and the Receiver

68855/0002-52938365v2

(the Debtor, Lender, and the Receiver are, collectively, the "Parties"), keeping me in place as receiver of the Debtor's property.

2.      Subject to the reservation set forth herein, I generally approves of the Stipulation. However, I hereby reserve my right to file an administrative claim for unpaid prepetition fees. Pursuant to section 543(c)(2), I have the right to seek payment of "reasonable compensation for services rendered and costs and expenses incurred by such custodian." 11 U.S.C. § 543(c)(2). Pursuant to section 503(b)(3)(E), compensation and services of such custodian are to be treated as an administrative expense of the estate.

3.      As further explained,

> Receivers are compensated pursuant to § 543(c) .... If allowed, the Receiver's fees and expenses are entitled to be treated as an administrative expense pursuant to § 503(b)(3)(E). It is clear from the statute that Receivers who are excused from service by the Bankruptcy Court are entitled to fees for pre-petition services .... The only standard provided by § 543(c)(2) is reasonableness.  The determination of what is reasonable is a determination of federal, not state, law .... The factors for determining reasonableness are similar to those used in considering other attorneys' fees and include: the time and labor expended by the custodian; the benefit of the custodian's services to the debtor and the estate; the size and/or complexity of the estate; what the custodian would have received if he or she had been appointed as trustee for the debtor, and the quality of the custodian's services .... The Receiver may file a claim for his fees pursuant to § 503(b)(3)(E) and Debtor will have the opportunity to object.

*In re Forde*, 507 B.R. 509, 521 (Bankr. S.D.N.Y. 2014) (internal citations omitted).

4.      A number of bankruptcy court decisions aptly describe the pertinent law on a custodian's prepetition fees. *See*, *e.g.*, *In re 29 Brooklyn Ave., LLC*, 548 B.R. 642, 645 (Bankr. E.D.N.Y. 2016); *In re Snergy Properties, Inc.*, 130 B.R. 700, 703 (Bankr. S.D.N.Y. 1991).

5.      Accordingly, notwithstanding language in the Stipulation "excusing the Receiver from compliance with §§ 543(a), (b), or (c)," which was intended solely to excuse the turnover of assets and not to preclude compensation to the Receiver for services rendered or to waive the

2

68855/0002-52938365v2

Receiver's right to assert an administrative claim for the costs of such services, I hereby reserve the right to file a claim pursuant to section 503(b) seeking payment of my prepetition fees.

6.    I further reserve the right to supplement this Reservation of Rights or to raise additional or further objections to the Stipulation on at or prior to the hearing on the same.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, I request that the Court enter the Stipulation in a manner that resolves my limited concerns and grant such other and additional relief as the Court deems just and proper.

Dated: April 14, 2026

_/s/ Nolan E. Shanahan_
Nolan E. Shanahan
c/o Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
nshanahan@coleschotz.com

*Court-Appointed Receiver for*
*250 Lafayette Street, New York, NY*

3

68855/0002-52938365v2