JACOBS P.C.
*Counsel for Debtor*
Robert M. Sasloff, Esq.
Aaron Slavutin, Esq.
717 Fifth Avenue, Floor 17
New York, New York 10022
212-229-0476
robert@jacobspc.com
aaron@jacobspc.com

-and-

GERON LEGAL ADVISORS LLC
*Counsel for Senior Lender*
Yann Geron, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
646-560-3224
ygeron@geronlegaladvisors.com

**Hearing Date: June 17, 2026**
**At: 10:00 a.m. (ET)**

**Objection Deadline: June 12, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CHEN FOUNDATION, INC., | : | Case No. 26-10545-sab |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

**NOTICE OF JOINT MOTION FOR AN ORDER (I) SCHEDULING A COMBINED
HEARING ON (A) ADEQUACY OF THE DISCLOSURE STATEMENT AND (B)
CONFIRMATION OF THE PLAN; (II) APPROVING FORM AND MANNER OF
NOTICE OF COMBINED HEARING, (III) ESTABLISHING PROCEDURES FOR
OBJECTING TO (A) DISCLOSURE STATEMENT OR (B) PLAN, AND (IV)
<u>APPROVING SOLICITATION PROCEDURES</u>**

TO ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST, ALL PARTIES HAVING
FILED NOTICES OF APPEARANCE, AND THE UNITED STATES TRUSTEE:

  **PLEASE TAKE NOTICE** that upon the motion, dated May 29, 2026 (the "<u>Motion</u>"), of

Chen Foundation, Inc. (the "<u>Debtor</u>"), the above-captioned debtor, and LCP SoHo V LLC (the

<u>Senior Lender</u>") (together, the Debtor and the Senior Lender are, the "<u>Proponents</u>"), the

undersigned will move before the Honorable Shireen A. Barday, United States Bankruptcy Judge,

in her courtroom (#501), at the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004, for an order (i) scheduling a combined hearing on (a) the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization proposed by the Debtor and LCP SoHo V LLC, dated as of May 28, 2026* (together with all schedules and exhibits thereto, as may be modified, amended, or supplemented from time to time, the "Disclosure Statement") and (b) confirmation of the *Joint Chapter 11 Plan of Reorganization proposed by the Debtor and LCP SoHo V LLC, dated as of May 28, 2026* (together with all schedules and exhibits thereto, as may be modified, amended, or supplemented from time to time, the "Plan"), (ii) approving form and manner of notice of a combined hearing, (iii) establishing procedures for objecting to (a) the Disclosure Statement or (b) the Plan, and (iv) approving the solicitation materials and solicitation, on **June 17, 2026 at 10:00 a.m. (ET)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's General Order M-543 ("General Order M-543") dated March 20, 2020, the Hearing may be conducted using Zoom for Government. All case participants (the "Case Participants") must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in Case Participants not being admitted to the Hearing. The Court will email the Zoom link to registered Case Participants after 4:00 p.m. (ET) one business day before the Hearing. Parties are strictly forbidden from circulating sharing the Zoom link. The link for the eCourt Appearances tool is: https://www.nysb.uscourts.gov/ecourt-appearances.

PLEASE TAKE FURTHER NOTICE that the Motion has been filed electronically with the Clerk of the Court and may be inspected by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Motion and its exhibits may be obtained by email request to the undersigned counsel for the Debtor, Attn: Aaron Slavutin, Esq., at aaron@jacobspc.com.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format

2

(with a hard copy delivered directly to the Chambers of the Honorable Shireen A. Barday, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: (i) Jacobs P.C., 717 Fifth Avenue, Floor 17, New York, New York 10022, Attn: Robert M. Sasloff, Esq. and Aaron Slavutin, Esq. (ii) Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1208, New York, New York 10017, Attn: Yann Geron, Esq. and (iii) Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Mark Bruh, Esq., so as to be actually received by no later than June 12, 2026. The ECF Docket number to which the filing relates must be included in the upper right-hand corner of the caption of all objections.

Dated:   New York, New York          JACOBS P.C.
         May 29, 2026                  *Counsel for the Debtor*

By:   *s/ Robert M. Sasloff*
      Robert M. Sasloff, Esq.
      Aaron Slavutin, Esq.
      717 Fifth Avenue, Floor 17
      New York, New York 10022
      212-229-0476
      robert@jacobspc.com
      aaron@jacobspc.com


      GERON LEGAL ADVSIORS LLC
      *Counsel for the Senior Lender*

By:   *s/ Yann Geron*
      Yann Geron, Esq.
      370 Lexington Avenue, Suite 1208
      New York, New York 10017
      646-560-3224
      ygeron@geronlegaladvisors.com