Related to DE 28 and 29

JACOBS P.C.
*Counsel for Debtor*
Robert M. Sasloff, Esq.
Aaron Slavutin, Esq.
717 Fifth Avenue, Floor 17
New York, New York 10022
212-229-0476
robert@jacobspc.com
aaron@jacobspc.com

**Hearing Date: June 17, 2026**
**At: 10:00 a.m. (ET)**

**Objection Deadline: June 12, 2026**

-and-

GERON LEGAL ADVISORS LLC
*Counsel for Senior Lender*
Yann Geron, Esq.
Jeannette Litos, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
646-560-3224
ygeron@geronlegaladvisors.com
jlitos@geronlegaladvisors.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                :        Chapter 11
                                                     :
CHEN FOUNDATION, INC.,                               :        Case No. 26-10545-sab
                                                     :
                        Debtor.                      :

------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO LOCAL RULE 9013-3
REGARDING JOINT MOTION FOR AN ORDER (I) SCHEDULING A COMBINED
HEARING ON (A) ADEQUACY OF THE DISCLOSURE STATEMENT AND (B)
CONFIRMATION OF THE PLAN; (II) APPROVING FORM AND MANNER OF
NOTICE OF COMBINED HEARING, (III) ESTABLISHING PROCEDURES FOR
OBJECTING TO (A) DISCLOSURE STATEMENT OR (B) PLAN, AND
(IV) APPROVING SOLICITATION PROCEDURES**

The undersigned hereby certifies that, as of the date hereof, no answers, responses, requests for a hearing or other responsive pleadings to joint application of Chen Foundation, Inc. (the "Debtor"), the above-captioned debtor, and LCP SoHo V LLC (the Senior Lender") for an order, for an order (i) scheduling a combined hearing on (a) the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization proposed by the Debtor and LCP SoHo V LLC, dated as of May 28, 2026* (together with all schedules and exhibits thereto, as may be modified, amended,

or supplemented from time to time, the "Disclosure Statement") and (b) confirmation of the *Joint Chapter 11 Plan of Reorganization proposed by the Debtor and LCP SoHo V LLC, dated as of May 28, 2026* (together with all schedules and exhibits thereto, as may be modified, amended, or supplemented from time to time, the "Plan"), (ii) approving form and manner of notice of a combined hearing, (iii) establishing procedures for objecting to (a) the Disclosure Statement or (b) the Plan, and (iv) approving the solicitation materials and solicitation (the "Motion") [DE 28], notice of which was filed and served by the Senior Lender on May 29, 2026 [DE 29], have been received.

The undersigned further certifies that the Court's dockets in these cases have been reviewed and no answer, objection, response, request for a hearing or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses were to be filed and served no later than June 13, 2026 (the "Response Deadline").

The undersigned is filing this Certificate of No Objection pursuant to Local Rule 9013-3 not less than 48 hours after the expiration of the Response Deadline.

It is hereby respectfully requested that an order granting the relief requested in the Application be entered by the Court.

Dated:   New York, New York       JACOBS P.C.
         June 16, 2026             *Counsel for the Debtor*

                          By:     *s/ Robert M. Sasloff*
                                  _____
                                  Robert M. Sasloff, Esq.
                                  Aaron Slavutin, Esq.
                                  717 Fifth Avenue, Floor 17
                                  New York, New York 10022
                                  212-229-0476
                                  robert@jacobspc.com
                                  aaron@jacobspc.com


                                  GERON LEGAL ADVSIORS LLC
                                  *Counsel for the Senior Lender*

                          By:     *s/ Yann Geron*
                                  _____
                                  Yann Geron, Esq.
                                  Jeannette Litos, Esq.
                                  370 Lexington Avenue, Suite 1208
                                  New York, New York 10017
                                  646-560-3224
                                  ygeron@geronlegaladvisors.com
                                  jlitos@geronlegaladvisors.com